# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 18-08526 JJG  
**Case Name:** Ashley N. Pitts  

**Period Ending:** 12/31/18

**Trustee:** (340210)   John J. Petr  
**Filed (f) or Converted (c):** 11/08/18 (f)  
**§341(a) Meeting Date:** 12/11/18  
**Claims Bar Date:** 03/26/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  2005 Chevy Tahoe, 126000 miles | 3,300.00 | 0.00 | | 0.00 | FA |
| 2  Household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 3  TV | 300.00 | 0.00 | | 0.00 | FA |
| 4  Womens clothing. | 600.00 | 0.00 | | 0.00 | FA |
| 5  3 rings | 300.00 | 0.00 | | 0.00 | FA |
| 6  2 dogs | 200.00 | 0.00 | | 0.00 | FA |
| 7  Deposits of money: Citizens Bank | 100.00 | 0.00 | | 0.00 | FA |
| 8  Deposits of money: Citizens Bank | 15.00 | 0.00 | | 0.00 | FA |
| 9  2018 federal and state tax refunds prorated to the date of bankruptcy | Unknown | 2,000.00 | | 0.00 | 2,000.00 |
| **9  Assets   Totals** (Excluding unknown values) | **$6,315.00** | **$2,000.00** | | **$0.00** | **$2,000.00** |

**Major Activities Affecting Case Closing:**

    Waiting on 2018 tax refunds.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2019      **Current Projected Date Of Final Report (TFR):**   June 30, 2019

_____  
January 30, 2019  
Date

/s/ John J. Petr  
_____  
John J. Petr